No. 03-4126

**FILED**

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

MAR 1 8 2004

LEONARD GREEN, Clerk

THOMAS PASSARGE,

    Plaintiff - Appellant,

ORDER

v.

SHAREFAX CREDIT UNION, INC., et al.,

    Defendants - Appellees.

1:01cv0239

 

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

                                                                       ENTERED PURSUANT TO RULE 33(d)
                                                                       RULES OF THE SIXTH CIRCUIT
                                                                       Leonard Green, Clerk

*/s/ Leonard Green /kb*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: *[signature]*
       Deputy Clerk